MATTHEW D. ZINN (State Bar No. 214587)
AARON M. STANTON (State Bar No. 312530)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, California 94102
Telephone: (415) 552-7272
Facsimile: (415) 552-5816
Zinn@smwlaw.com
Stanton@smwlaw.com

THOMAS E. BOZE, County Counsel
(State Bar Number 209790)
STANISLAUS COUNTY COUNSEL
1010 Tenth Street, Suite 6400
Modesto, CA 95354
Telephone: (209) 525-6376
Facsimile: (209) 525-4473
Bozet@stancounty.com

Attorneys for Defendant County of Stanislaus

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| NICHOLAS HONCHARIW, Trustee, Honchariw Family Trust,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF STANISLAUS,<br><br>Defendant. | Case No. 1:21-cv-00801-DAD-SKO<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO SUPPLEMENTAL COMPLAINT; ORDER**<br><br>**(Doc. 4)** |

WHEREAS, on May 17, 2021, Defendant County of Stanislaus filed a notice of removal in this Court and in the Stanislaus County Superior Court following Plaintiff Nicholas Honchariw's filing of a Verified Supplemental and Amended Complaint ("Supplemental Complaint") in state court (Dkt. 1, Ex. 36);

WHEREAS, the County intends to file a motion to dismiss the Supplemental Complaint in this Court;

WHEREAS, on May 21, 2021, the County informed Honchariw of its intention to file a motion to dismiss as part of its obligation to meet and confer;

WHEREAS, on the same day, Honchariw informed the County that he intends to file a motion to remand this case to state court under 28 U.S.C. § 1447(c); and

WHEREAS, the parties agree that the resources of the parties and the Court would be best conserved by deferring proceedings on the motion to dismiss until the Court has ruled on Honchariw's motion for remand;

NOW, THEREFORE, the parties hereby stipulate as follows and accordingly request that the Court enter the [Proposed] Order set forth below:

1. Pursuant to Local Rule 144(a), the time for filing the County's motion to dismiss or other responsive pleading shall be extended to June 21, 2021.

2. If Honchariw files a motion for remand under 28 U.S.C. § 1447(c), the time for filing the County's motion to dismiss or other responsive pleading in this Court shall be further extended until seven days after this Court enters an order denying Honchariw's motion for remand. If the Court grants Honchariw's motion, the parties will meet and confer about the timing for filing a responsive pleading on remand in state court.

3. The County shall request a hearing date on its motion to dismiss so as to provide Honchariw at least 30 days after the filing of the motion in which to file his opposition.

| | | |
|---|---|---|
| DATED: May 24, 2021 | | SHUTE, MIHALY & WEINBERGER LLP |

By:     s/Matthew D. Zinn
        MATTHEW D. ZINN
        AARON M. STANTON

Attorneys for Defendant County of Stanislaus

DATED: May 24, 2021     NICHOLAS HONCHARIW, TRUSTEE, HONCHARIW FAMILY TRUST

By:     s/Nicholas Honchariw
        NICHOLAS HONCHARIW

Attorney for Plaintiff

## ORDER

Based on the parties' above-stipulation (Doc. 4), and for good cause shown,

it is HEREBY ORDERED that Defendant's motion to dismiss or other responsive pleading shall be filed within seven days after issuance by this Court of an order denying any motion to remand filed by Plaintiff. If the Court grants Plaintiff's motion, the parties shall meet and confer regarding the timing for filing a responsive pleading on remand in state court. Defendant shall request a hearing date on its motion to dismiss that provides Plaintiff at least 30 days after the filing of the motion in which to file his opposition.

IT IS SO ORDERED.

Dated: **May 25, 2021**         /s/ *Sheila K. Oberto*
                                                                      UNITED STATES MAGISTRATE JUDGE