1  MATTHEW D. ZINN (State Bar No. 214587)
   AARON M. STANTON (State Bar No. 312530)
2  SHUTE, MIHALY & WEINBERGER LLP
   396 Hayes Street
3  San Francisco, California 94102
   Telephone:   (415) 552-7272
4  Facsimile:    (415) 552-5816
   Zinn@smwlaw.com
5  Stanton@smwlaw.com

6  THOMAS E. BOZE, County Counsel
   (State Bar No. 209790)
7  STANISLAUS COUNTY COUNSEL
   1010 Tenth Street, Suite 6400
8  Modesto, California  95354
   Telephone:   (209) 525-6376
9  Facsimile:    (209) 525-4473
   Bozet@stancounty.com
10
   Attorneys for Defendant County of Stanislaus
11

12                  **UNITED STATES DISTRICT COURT**

13         **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

14

15  NICHOLAS HONCHARIW, Trustee,            Case No. 1:21-cv-00801-DAD-SKO
    Honchariw Family Trust,
16                                           **SECOND STIPULATION TO EXTEND**
              Plaintiff,                     **TIME TO RESPOND TO**
17                                           **SUPPLEMENTAL COMPLAINT;**
         v.                                  **ORDER**
18
    COUNTY OF STANISLAUS,                    **(Doc. 13)**
19
              Defendant.
20

21

22

23

24

25

26

27

28

1     WHEREAS, on May 17, 2021, Defendant County of Stanislaus filed a notice of removal

2  in this Court and in the Stanislaus County Superior Court following Plaintiff Nicholas

3  Honchariw's filing of a Verified Supplemental and Amended Complaint ("Supplemental

4  Complaint") in state court (Dkt. 1, Ex. 36);

5     WHEREAS, shortly thereafter, Honchariw informed the County that he intended to file a

6  motion to remand the case to state court under 28 U.S.C. § 1447;

7     WHEREAS, on May 25, 2021, the Court entered an order pursuant to a stipulation of the

8  parties making the County's responsive pleading due seven days after issuance by the Court of

9  an order denying the motion to remand (Dkt. 5);

10     WHEREAS, on November 17, 2021, the Court issued an order denying the motion to

11  remand (Dkt. 12);

12     WHEREAS, the deadline for the County's responsive pleading is currently November 24,

13  2021; and

14     WHEREAS, the County's lead counsel has a planned vacation scheduled for the week of

15  November 24;

16     NOW, THEREFORE, the parties hereby stipulate as follows and accordingly request that

17  the Court enter the [Proposed] Order set forth below:

18     1.     The time for the County to file its motion to dismiss or other responsive pleading

19  shall be extended to December 3, 2021.

20     2.     The County shall notice the hearing on its motion to dismiss for February 1, 2022.

21     3.     The County's reply brief shall be due January 25, 2022, and Honchariw's

22  opposition brief shall be due January 14, 2022.

23

24

25

26

27

28

SECOND STIPULATION TO EXTEND TIME TO RESPOND TO SUPPLEMENTAL COMPLAINT; ORDER
Case No. 1:21-cv-00801-DAD-SKO

1

2

DATED:  November 22, 2021          SHUTE, MIHALY & WEINBERGER LLP

3

By:      /s/ Matthew D. Zinn

4

MATTHEW D. ZINN
AARON M. STANTON

5

6

Attorneys for Defendant County of Stanislaus

7

DATED:  November 22, 2021          NICHOLAS HONCHARIW, TRUSTEE,
HONCHARIW FAMILY TRUST

8

9

10

By:      /s/ Nicholas Honchariw

NICHOLAS HONCHARIW

11

12

Attorney for Plaintiff

13

14

**ORDER**

15       In view of the parties' foregoing stipulation (Doc. 13), and for good cause shown, it is

16  HEREBY ORDERED that the time for Defendant County of Stanislaus (the "County") to file its

17  motion to dismiss or other responsive pleading shall be extended to December 3, 2021.  The

18  County shall notice the hearing on its motion to dismiss for February 1, 2022.[1]  The County's

19  reply brief shall be due January 25, 2022, and Plaintiff's opposition brief shall be due January

20  14, 2022.

21

IT IS SO ORDERED.

22

23  Dated:    **November 24, 2021**              /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE

24

25

26  [1] The parties are reminded that pursuant to General Order No. 617, addressing the public health emergency posed
by the coronavirus (COVID-19) outbreak, **all civil motions set for hearing before District Judge Dale A.**

27  **Drozd will be decided on the papers**.  (*See* Doc. 7.)  The parties should not contact Judge Drozd's chambers to
inquire about whether a hearing on a pending motion will be held.  If the court determines that a hearing is

28  necessary, the court will issue an order to specially set the motion for hearing by telephone or video conference.

3

SECOND STIPULATION TO EXTEND TIME TO RESPOND TO SUPPLEMENTAL COMPLAINT; ORDER
Case No. 1:21-cv-00801-DAD-SKO