1  MATTHEW D. ZINN (State Bar No. 214587)
   AARON M. STANTON (State Bar No. 312530)
2  SHUTE, MIHALY & WEINBERGER LLP
   396 Hayes Street
3  San Francisco, California 94102
   Telephone:    (415) 552-7272
4  Facsimile:    (415) 552-5816
   Zinn@smwlaw.com
5  Stanton@smwlaw.com

6  THOMAS E. BOZE, County Counsel
   (State Bar Number 209790)
7  STANISLAUS COUNTY COUNSEL
   1010 Tenth Street, Suite 6400
8  Modesto, CA 95354
   Telephone:    (209) 525-6376
9  Facsimile:    (209) 525-4473
   Bozet@stancounty.com
10

11 Attorneys for Defendant County of Stanislaus

12

13                      **UNITED STATES DISTRICT COURT**

14             **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

15

16 NICHOLAS HONCHARIW, Trustee,          Case No. 1:21-CV-00801-ADA-SKO
   Honchariw Family Trust,
17                                        **STIPULATION TO CONTINUE**
              Plaintiff,                  **SCHEDULING CONFERENCE AND**
18                                        **RELATED DEADLINES; ORDER**
        v.
19                                        (Doc. 21)
   COUNTY OF STANISLAUS,
20
              Defendant.
21

22

23

24

25

26

27

28

---

STIPULATION TO CONTINUE SCHEDULING CONFERENCE; [PROPOSED] ORDER
Case No. 1:21-CV-00801-ADA-SKO

1    WHEREAS, Defendant County of Stanislaus removed this action to the United States

2 District Court for the Eastern District of California on May 17, 2021;

3    WHEREAS, the County filed a motion to dismiss the supplemental and amended

4 complaint under Rule 12(b)(6) on December 3, 2021;

5    WHEREAS, the County's motion to dismiss has been fully briefed and remains pending

6 before the Court;

7    WHEREAS, on May 18, 2021, the Court issued an Order Setting Mandatory Scheduling

8 Conference;

9    WHEREAS, on March 15, 2022, the Court issued a minute order continuing the Initial

10 Scheduling Conference to October 4, 2022, and ordering the parties to file their Joint Scheduling

11 Report by September 27, 2022;

12    WHEREAS, pursuant to Federal Rule of Civil Procedure 16(b)(4), a court may modify a

13 conference schedule for good cause;

14    WHEREAS, good cause exists to continue the scheduling conference until some time

15 after the Court has ruled on the County's motion to dismiss. Resolution of the motion will

16 inform the need for and scope of the conference between the parties and the contents of the Joint

17 Scheduling Report;

18    WHEREAS, to avoid unnecessary expense, the parties wish to continue the Scheduling

19 Conference and all related deadlines until 45 days after the County has filed an answer to the

20 supplemental and amended complaint, or until a date convenient for the Court;

21    NOW THEREFORE, the parties hereby stipulate as follows and request that the Court

22 enter the [Proposed] Order set forth below:

23    1.    The Court continues the Initial Scheduling Conference to the next available

24 hearing date that is at least 45 days after the County files an answer to the supplemental and

25 amended complaint or to a date convenient for the Court.

26    2.    The Court continues all deadlines based on the conference date accordingly.

27

28

STIPULATION TO CONTINUE SCHEDULING CONFERENCE; ORDER
Case No. 1:21-CV-00801-ADA-SKO

1    DATED:  August 26, 2022      SHUTE, MIHALY & WEINBERGER LLP

2

3                                By:        /s/Matthew D. Zinn

4                                       MATTHEW D. ZINN
                                      AARON M. STANTON

5

6                                       Attorneys for Defendant County of Stanislaus

7    DATED:  August 26, 2022      NICHOLAS HONCHARIW, TRUSTEE,
                                      HONCHARIW FAMILY TRUST

8

9

10                                By:     /s/Nicholas Honchariw (authorized 8/26/22)
                                      NICHOLAS HONCHARIW

11

12                                       Attorney for Plaintiff

13

14                                     **ORDER**

15      Pursuant to the parties' above stipulation (Doc. 21), and for good cause shown,

16      IT IS HEREBY ORDERED that the Scheduling Conference, currently set for October 4,

17 2022, is CONTINUED to March 7, 2023, at 9:30 a.m. before Magistrate Judge Sheila K. Oberto.

18 The parties shall file their joint scheduling report no later than seven days before the conference.

19

20 IT IS SO ORDERED.

21 Dated:  **August 29, 2022**                */s/ Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28