MATTHEW D. ZINN (State Bar No. 214587)
AARON M. STANTON (State Bar No. 312530)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, CA 94102
Telephone:    (415) 552-7272
Facsimile:    (415) 552-5816
Zinn@smwlaw.com
Stanton@smwlaw.com

THOMAS E. BOZE, County Counsel
(State Bar No. 209790)
STANISLAUS COUNTY COUNSEL
1010 Tenth Street, Suite 6400
Modesto, CA 95354
Telephone:    (209) 525-6376
Facsimile:    (209) 525-4473
Bozet@stancounty.com

Attorneys for Defendant County of Stanislaus

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| NICHOLAS HONCHARIW, Trustee, Honchariw Family Trust, | Case No. 1:21-cv-00801-SKO |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT; ORDER** |
| v. | |
| COUNTY OF STANISLAUS, | |
| Defendant. | |

WHEREAS, Defendant County of Stanislaus removed this action to the United States District Court for the Eastern District of California on May 17, 2021 (Dkt. 1);

WHEREAS, the County filed a motion to dismiss the then-operative supplemental and amended complaint under Rule 12(b)(6) on December 3, 2021 (Dkt. 15);

WHEREAS, this Court granted the County's motion to dismiss on November 7, 2022 and gave Plaintiff Nicholas Honchariw leave to amend his second and third causes of action (Dkt. 29);

WHEREAS, Plaintiff filed his First Amended Complaint on November 28, 2022 (Dkt. 30);

WHEREAS, the deadline for the County's responsive pleading is currently December 12, 2022;

WHEREAS, the County intends to file a motion to dismiss the First Amended Complaint; and

WHEREAS, in light of scheduling conflicts and the upcoming winter holidays, the parties wish to stipulate to a schedule for the County's motion different from the default schedule established by the Federal Rules of Civil Procedure and the Court's local rules;

NOW, THEREFORE, the parties hereby stipulate as follows and accordingly request that the Court enter the [Proposed] Order set forth below:

1. The time for the County to file and serve its motion to dismiss or other responsive pleading shall be extended to December 23, 2022.

2. Plaintiff's brief in opposition to a motion to dismiss shall be filed and served by January 20, 2023.

3. The County's reply brief in support of a motion to dismiss shall be filed and served by February 3, 2023.

4. The County shall notice the hearing on its motion to dismiss for February 15, 2023 or such other date as the Court may order.

1   DATED:  November 30, 2022

2

3

4

5

6

7   DATED:  November 30, 2022

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SHUTE, MIHALY & WEINBERGER LLP
THOMAS BOZE, COUNTY COUNSEL


By:        /s/Matthew D. Zinn
           MATTHEW D. ZINN

           Attorneys for Defendant County of Stanislaus


NICHOLAS HONCHARIW, TRUSTEE,
HONCHARIW FAMILY TRUST


By:    /s/Nicholas Honchariw (authorized 11/30/22)
       NICHOLAS HONCHARIW

       Attorney for Plaintiff


## ORDER

For good cause shown, it is HEREBY ORDERED that the time for the County to file its motion to dismiss or other responsive pleading shall be extended to December 23, 2022. Plaintiff's opposition brief shall be due on January 20, 2023. The County's reply brief shall be due on February 3, 2023. The hearing on the County's motion shall be held on March 8, 2023, at 9:30 a.m., unless the Court subsequently determines that a hearing is unnecessary.

IT IS SO ORDERED.

Dated:   **December 1, 2022**          _/s/ Sheila K. Oberto_
                                        UNITED STATES MAGISTRATE JUDGE

STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT; ORDER
Case No. 1:21-cv-00801-ADA-SKO