MATTHEW D. ZINN (State Bar No. 214587)
AARON M. STANTON (State Bar No. 312530)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, California 94102
Telephone:   (415) 552-7272
Facsimile:   (415) 552-5816
Zinn@smwlaw.com
Stanton@smwlaw.com

THOMAS E. BOZE, County Counsel
(State Bar Number 209790)
STANISLAUS COUNTY COUNSEL
1010 Tenth Street, Suite 6400
Modesto, CA 95354
Telephone:   (209) 525-6376
Facsimile:   (209) 525-4473
Bozet@stancounty.com

Attorneys for Defendant County of Stanislaus

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| NICHOLAS HONCHARIW, Trustee, Honchariw Family Trust,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF STANISLAUS,<br><br>Defendant. | Case No. 1:21-cv-00801-SKO<br><br>**ORDER RE STIPULATION AND APPLICATION TO MODIFY SCHEDULING ORDER**<br><br>**(Doc. 57)**<br><br>Hon. Sheila K. Oberto<br><br>Trial Date: Jan. 22, 2025 |

Upon the stipulation and application of the parties, and for good cause shown, the Court hereby ORDERS as follows:

1. The County shall file its Motion for Summary Judgment on May 20, 2024.

2. Plaintiff's Opposition to the Motion for Summary Judgment shall be due on June 24, 2024.

3. The County's reply shall be due on July 15, 2024.

4. The hearing on the Motion for Summary Judgment shall be set for July 31, 2024, at 9:30 AM in Courtroom 7.

5. Fact discovery shall be stayed pending the Court's decision on the County's Motion for Summary Judgment.

6. The litigation and trial-related deadlines shall be re-set as follows, subject to any further orders of this Court adjusting the schedule depending on the timing and outcome of the Court's order on the County's Motion for Summary Judgment.

- Non-Expert Discovery Cut-off:         October 9, 2024
- Expert Disclosures:                   November 13, 2024
- Rebuttal Expert Disclosures:          December 18, 2024
- Expert Discovery Cut-Off:             January 22, 2025
- Non-Dispositive Motion (Filing):      February 5, 2025
- Non-Dispositive Motion (Hearing):     March 12, 2025
- Dispositive Motion (Filing):          February 19, 2025
- Dispositive Motion (Hearing):         March 26, 2025
- Propose Settlement Conference Dates:  April 30, 2025
- Pre-Trial Conference:                 May 21, 2025, 2:30 PM
- Trial (5 days):                       July 30, 2025, 8:30 AM

# ORDER

Pursuant to the parties' foregoing stipulation (Doc. 57), and for good cause shown (Fed. R. Civ. P. 16(b)(4)), is HEREBY ORDERED THAT:

1. The County shall file its Motion for Summary Judgment on May 20, 2024;
2. Plaintiff's Opposition to the Motion for Summary Judgment shall be due on June 24, 2024;
3. The County's reply shall be due on July 15, 2024;
4. The hearing on the Motion for Summary Judgment shall be set for July 31, 2024, at 9:30 AM in Courtroom 7;
5. Fact discovery shall be stayed pending the Court's decision on the County's Motion for Summary Judgment; and
6. The Scheduling Order (Doc. 56) is hereby modified as follows:

   - Non-Expert Discovery Cut-off:        October 9, 2024
   - Expert Disclosures:                  November 13, 2024
   - Rebuttal Expert Disclosures:         December 18, 2024
   - Expert Discovery Cut-Off:            January 22, 2025
   - Non-Dispositive Motion (Filing):     February 5, 2025
   - Non-Dispositive Motion (Hearing):    March 12, 2025
   - Dispositive Motion (Filing):         February 19, 2025
   - Dispositive Motion (Hearing):        March 26, 2025
   - Propose Settlement Conference Dates: May 7, 2025, or 90 days before trial, whichever is later
   - Pre-Trial Conference:                June 11, 2025, 2:30 PM[1]
   - Trial (5 days):                      August 5, 2025, 8:30 AM

IT IS SO ORDERED.

---

[1] The parties' proposed trial date has been continued to accommodate the Court's civil trial and criminal duty calendar.

Dated: **April 3, 2024**                    /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE

ORDER RE STIPULATION AND APPLICATION TO MODIFY SCHEDULING ORDER
Case No. 1:21-cv-00801-SKO